## MARIA LUCY KREHO *v.* ANTHONY J. FERNANDES
## (AC 17151)

Lavery, Sullivan and Daly, Js.

Argued February 19—officially released March 10, 1998

Per Curiam. The judgment is affirmed.

## AFSCME, COUNCIL 4, LOCAL 1716, AFL-CIO *v.* CITY OF HARTFORD
## (AC 17088)

Landau, Hennessy and Dupont, Js.

Argued February 18—officially released March 10, 1998

Per Curiam. The judgment is affirmed.

## PAUL LUSH *v.* DENISE LUSH
## (AC 16893)

Foti, Lavery and Spear, Js.

Argued February 17—officially released March 10, 1998

Per Curiam. The judgment is affirmed.